IN THE UNTIED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LYNNE FRANCO, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 1:17-cv-02148 |
| | ) |
| ORLANDO FINANCIAL SERVICES, | ) |
| INC., RALEIGH DURHAM | ) |
| CHECKCASHERS, INC., EILEEN | ) |
| KELLER, and ANNE WOLFBERG, | ) |
| | ) |
|     Defendants. | ) |

**PLAINTIFF'S AMENDED JURISDICTIONAL STATEMENT**

COMES NOW Lynne Franco, Plaintiff in the above styled matter, and pursuant to the Court's Order, files her Amended Jurisdictional Statement. Plaintiff respectfully shows as follows:

**PARTIES**

1.

Plaintiff Lynne Franco was a shareholder and corporate officer of Orlando Financial Services, Inc. (a Florida corporation) and Raleigh Durham Checkcashers, Inc. (a North Carolina corporation). Mrs. Franco is a domiciled in the State of Georgia and is a permanent resident of the State of Georgia.

2.

Defendant Raleigh Durham Checkcashers, Inc. (hereinafter "Raleigh Durham") is a for profit corporation organized under the jurisdiction and laws of the State of North Carolina. Defendant Raleigh Durham's principal office is located at 40 Skokie Boulevard, Suite 630, Northbrook, Illinois 60062. Defendant Raleigh Durham may be served with the summons and Complaint through its registered agent Corporation Service Company, 327 Hillsborough Street,

Raleigh, North Carolina 27603. Raleigh Durham Checkcashers, Inc. is domiciled in the State of Illinois.

3.

Defendant Orlando Financial Services, Inc. (hereinafter "Orlando") is a for profit corporation organized under the jurisdiction and laws of the State of Florida. Defendant Orlando's principal office is located at 40 Skokie Boulevard, Suite 630, Northbrook, Illinois 60062. Defendant Orlando may be served with the summons and Complaint through its registered agent Corporation Service Company, 1201 Hays Street, Tallahassee, Florida 32301. Orlando Financial Services, Inc. is domiciled in the State of Illinois.

4.

Defendant Anne Wolfberg is a permanent resident and domiciled in the State of Illinois. Mrs. Wolfberg resides at 1210 Whitebridge Hill, Winnetka, Illinois 60093. Mrs. Wolfberg was a shareholder in and the President of Raleigh Durham Checkcashers, Inc., and was a shareholder and director of Orlando Financial Services, Inc. Defendant may be personally served with the summons and Complaint at her residence.

5.

Defendant Eileen Keller is a permanent resident and domiciled in the State of Illinois. Mrs. Keller resides at 423 Castle Pines Lane, Riverwoods, Illinois 60015. Mrs. Keller is a shareholder in and the Corporate Secretary of Raleigh Durham Checkcashers, Inc., and, a shareholder and director of Orlando Financial Services, Inc. Defendant may be personally served with the summons and Complaint at her residence.

## JURISDICTION AND VENUE

6.

Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332(a) as there is diversity jurisdiction amongst the parties and matter in controversy exceeds the threshold amount of $75,000. Venue is proper in this Court as individual Defendants Keller and Wolfberg reside in the Northern District of Illinois, Eastern Division, and a substantial part of the events giving rise to the claim(s) occurred within this District. 28 U.S.C. §1391(b).

**Pursuant to Local Rule 5.2, counsel certifies this document conforms with the rules for the Form of Documents as established by this Court.**

This the 12th day of September 2017.

**NEY HOFFECKER PEACOCK & HAYLE, LLC**

/s/ Charles Hoffecker
Charles Hoffecker
Georgia Bar No.: 359615
*Pro Hac Vice*

1360 Peachtree Street, NE
Suite 1010, One Midtown Plaza
Atlanta, Georgia 30309
chad@nhphlaw.com
Ofc. 404-885-7576
Fax 470-225-6646

## CERTIFICATE OF SERVICE

I certify I have served a copy of the within and foregoing **PLAINTIFF'S AMENDED JURISDICTIONAL STATEMENT** by the Court's ecf/ecm electronic system and U.S. Mail to the following counsel of record:

William G. Sullivan, Esq.
Pamela J. Leichtling, Esq.
Clark Hill, PLC
130 East Randolph Street, Ste. 3900
Chicago, Illinois 60601

Chesley S. McLeod, Esq.
Arnall Golden & Gregory, LLP
171 17th Street Northwest
Suite 2100
Atlanta, Georgia 30363-1031

Charles A. Valente, Esq.
Krasnow Saunders Kaplan & Beninati
500 N. Dearborn Street, 2nd Floor
Chicago, Illinois 60654

This the 12th day of September 2017.

**NEY HOFFECKER PEACOCK & HAYLE, LLC**

/s/ Charles Hoffecker
Charles Hoffecker, Esq.
Georgia Bar No.: 359615
*Pro Hac Vice*
Attorneys for Plaintiff

1360 Peachtree Street, NE
Suite 1010, One Midtown Plaza
Atlanta, Georgia 30309
Ofc. 404-885-7576
chad@nhphlaw.com

4