**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Lynne Franco
                                                   Plaintiff,

v.                                                           Case No.: 1:17−cv−02148
                                                           Honorable Rebecca R. Pallmeyer

Orlando Financial Services, Inc., et al.
                                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 22, 2018:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Counsel having reported to the court that a settlement agreement has been reached, status hearing is set for 5/17/2018 at 9:00 AM. All pending motions are terminated. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.